UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIANNA MINICOZZI, | : | CIVIL NO: 3:24-CV-00774 |
| | : | |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| 823 DONUTS, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**
April 20, 2026

For the reasons set forth in the Memorandum Opinion filed concurrently

with this Order, **IT IS ORDERED** the motion (*doc. 38*) for summary judgment

filed by Michael and Marina Roy is **DENIED**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge